UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------------X
BARBARA ANN LOMBARDO,

        Plaintiff,

vs.                                                     Civil Action No.:
                                                     1:10-cv-06099

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

## MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed and upon Memorandum Of Law In Support Of Plaintiff's Motion For Judgment On The Pleadings, Plaintiff will move this Court before the Honorable Maria Valdez United States Magistrate Judge, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, on a date and time set by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiff's Motion for Summary Judgment.

Dated:  New York, New York
          January 11, 2011

                                                   Yours, etc.

                                 By:    /s/ Charles E. Binder
                                         LAW OFFICES OF HARRY J. BINDER
                                         AND CHARLES E. BINDER, P.C.
                                         Attorneys for Plaintiff
                                         60 East 42nd Street, Suite 520
                                         New York, NY 10165
                                         Phone: (212) 677-6801(Phone)
                                         Fax: (646) 273-2196(Fax)
                                         Email: fedcourt@binderandbinder.com

To:    Michele Fox
        United States Attorney